AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tucker Weston, (DOB: XXXXXXXXX)<br>Jesse Watson, (DOB: XXXXXXXX)<br><br>_Defendant(s)_ | Case: 1:22-mj-00222<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 10/18/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__ defendant(s) violated:

*Code Section*                                         *Offense Description*

Tucker Weston:
18 U.S.C. § 111(a)(1) - (Assaulting, resisting, or impeding certain officers)
18 U.S.C. § 231(a)(3) - (Civil disorder)
18 U.S.C. §§ 1752(a)(1) and 2 - (Restricted building or grounds)
40 U.S.C. §§ 5104(e)(2)(D) and (G) - (Violent entry or disorderly conduct)

Jesse Watson:
18 U.S.C. §§ 1752(a)(1) and 2 - (Restricted building or grounds)
40 U.S.C. §§ 5104(e)(2)(D) and (G) - (Violent entry or disorderly conduct)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Anne Borgertpoepping, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/18/2022

_Judge's signature_

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_