# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JESSE WESTON, )<br>)<br>          Defendant. )<br>) | Criminal Action No. 23-174 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the arraignment and status hearing held on May 22, 2023, it is hereby

**ORDERED** that, on August 3, 2023, at 12:00 p.m., the parties shall appear before the Court for a status hearing via videoconference. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from May 22, 2023, until the status hearing scheduled for August 3, 2023, is excluded under the Speedy Trial Act, so that the parties may continue to engage in plea discussions.

**SO ORDERED** this 23rd day of May, 2023.

/s/ Reggie B. Walton<br>
REGGIE B. WALTON<br>
United States District Judge