# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-cr-174 |
| | : | |
| v. | : | 18 U.S.C. § 111(a)(1) |
| | : | Assaulting, resisting, or impeding certain |
| **TUCKER WESTON,** | : | officers |
| | : | |
| **Defendant.** | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil disorder) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Tucker Weston, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### Tucker Weston's Participation in the January 6, 2021, Capitol Riot

8. The defendant, Tucker Weston ("Weston") is a 34-year-old resident of the state of Washington. Weston was charged with his co-defendant, Jesse Watson, on October 18, 2022.

9. Watson and Weston flew from the Seattle-Tacoma International Airport to the Dulles International Airport departing on January 4, 2021 and arriving on January 5, 2021. Watson and Weston flew from the Baltimore/Washington International Airport to the Seattle-Tacoma International Airport on January 7, 2021.

10. From January 5, 2021, until January 7, 2021, Watson and Weston stayed at the ARC The Hotel in Washington, D.C..

11. On the morning of January 6, 2021, Weston attended the "Stop the Steal" rally at the Ellipse. After attending the rally, Weston marched with other protestors towards the grounds of the U.S. Capitol.

12. On January 6, 2021, metal barricades and snow fencing, placed by U.S. Capitol Police Officers, were in place around the U.S. Capitol Building and grounds. The barricades and fencing were intended to keep the public away from the Capitol Building and the Congressional proceedings, which were to take place inside. Around 12:52 p.m., a crowd of rioters overran the line of officers and dismantled and removed the barricades and snow fencing near the Peace Circle Monument, which is to the west of the Capitol building. As seen in Image 1, Weston participated in removing a metal barricade, which enabled the crowd of rioters to advance closer to Capitol Building.



**Image 1**

13. Once past the Peace Circle Monument, Weston moved closer to the Capitol Building and reached the Lower West Plaza, an area at ground level and immediately outside of the Capitol Building. While there, Weston stood at the front of a group of rioters and confronted a

group of officers that stood between the crowd and the Capitol Building. At approximately 12:58 p.m., a group of the rioters pulled down a black fence barricade between the rioters and the building. As seen in Image 2, shortly after the barricade was pulled down, Weston stepped over the black fence, then turned toward the crowd of rioters and celebrated before continuing to approach the Capitol.



**Image 2**

14. At around 1:02 p.m., while breaching the West Front Plaza, Weston and other rioters confronted law enforcement protecting the Capitol Building. During this confrontation, Weston shoved officers who were trying to prevent the rioters from progressing any closer to the Capitol Building while being sprayed with oleoresin capsicum (OC) spray[1]. (*See* Images 3 and 4).

---

[1] OC spray is commonly referred to as "pepper spray" and is a common crowd control measure employed by law enforcement.



**Image 3**



**Image 4**

15. Later, after breaching the Lower West Plaza, Weston made his way to the south side of the Plaza. Once there, Weston joined with a group of rioters in using a bike rack to push against law enforcement. (*See* Image 5).



**Image 5**

16. Weston then approached another line of officers and shoved officers attempting to subdue another rioter. (*See* Image 6).



**Image 6**

17. Around 1:16 p.m., after assaulting a second officer, Weston then adopted an aggressive stance with his fist clenched toward law enforcement officers protecting their line from the rioters. Weston was sprayed with OC spray but did not heed commands to back away from the line. (*See* Images 7 and 8).



**Image 7**



**Image 8**

18. Weston witnessed other rioters push, punch, and use pepper spray against officers. At multiple points while on the Lower West Plaza, Weston yelled at law enforcement to "Come on," "Fuck you," and generally yelled and screamed in conjunction with the larger mob.

19. Weston left the Lower West Plaza and moved up the Northwest Stairs to the Upper West Terrace. Around 3:14 p.m., Weston entered the Capitol Building through a broken window next to the Senate Wing Door. Weston remained in the building only briefly, before exiting through the Senate Wing Door back onto the Upper West Terrace. (*See* Image 9).



**Image 9**

20. Weston then made his way to the North Portico of the Senate Wing where, at around 3:30 p.m., he was with other rioters who attempted to make entry to the North Door of the Senate Wing. Here, Weston saw a violent clash between rioters and law enforcement officers at the North Door, including the use of tear gas, smoke bombs, and OC spray.

21. After law enforcement removed Weston and other rioters from the North Portico, Weston proceeded to the northeast corner of the Capitol where he found a group of rioters vandalizing media equipment. Weston and other rioters kicked and smashed the media equipment. (*See* Images 10 and 11).



**Image 10**



**Image 11**

22. After kicking media equipment, Weston received a bag of stolen media equipment from a rioter wearing a pink beret and a white coat. Weston took the bag and walked away. (*See* Images 12 and 13).



**Image 12**



**Image 13**

***Elements of the Offenses***

23. Tucker Weston knowingly and voluntarily admits that his conduct satisfies all the elements of 18 U.S.C. § 111(a). Specifically, Weston admits he forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. Weston did this by making physical contact with said officer or acted with the intent to commit another felony.

24. Tucker Weston knowingly and voluntarily admits that his conduct satisfies all the elements of 18 U.S.C. § 231(a)(3). Specifically, Weston committed acts with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers who were engaged in the lawful performance of their official duties incident to and during a civil disorder which obstructed, delayed, or adversely affected either commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Tucker Weston, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: July 25th, 2023

Tucker Weston
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: July 25, 2023

Philip Hilder
Attorney for Defendant