UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

TUCKER WESTON

Defendant.

Case No. 23-cr-174 (RBW)

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America respectfully moves this Court to continue the sentencing for Tucker Weston, which is currently scheduled for November 21, 2023.

Before filing this motion, the government has spoken with defense counsel Philip Hilder, and the defendant does not oppose this motion.

The parties respectfully request that the Court reschedule the sentencing hearing for **90 days**.

WHEREFORE, the government respectfully requests that the Court grant this unopposed motion for a continuance of Tucker's sentencing hearing and adjust the date for Sentencing Memorandum in accordance with the applicable rules.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    /s/ *Kyle M. McWaters*
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street NW
        Washington, DC 20003
        (202) 252-6983
        kyle.mcwaters@usdoj.gov

**CERTIFICATE OF SERVICE**

On Sept 14, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing System.

          By:    */s/ Kyle M. McWaters*
                  Kyle M. McWaters
                  Assistant United States Attorney