UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 23-174 (RBW) |
| TUCKER WESTON, | ) |
| Defendant. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on September 21, 2023, it is hereby

**ORDERED** that the defendant's sentencing hearing scheduled for November 21, 2023, is **VACATED**. It is further

**ORDERED** that, on February 22, 2024, at 2:00 p.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213#) followed by the pound key (#).

**SO ORDERED** this 21st day of September, 2023.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge