UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| VS. | § | No. | 1:23-cr-00174-RBW |
| | § | | |
| **TUCKER WESTON** | § | | |

**DEFENDANT'S OPPOSED MOTION
FOR RELEASE AND VOLUNTARY SURRENDER**

TO THE HON. REGGIE B. WALTON, SENIOR UNITED STATES DISTRICT JUDGE:

Defendant, TUCKER WESTON ("Weston"), requests, pursuant to 18 U.S.C. §§ 3142 and 3143 that the Court re-release him from Custody and allow him to voluntarily surrender to the U.S. Bureau of Prisons and in support shows:

### I.      Procedural History

1.      On October 19, 2022, Weston was arrested in Lynnwood, Washington pursuant to an Arrest Warrant issued upon a Complaint in this District. Dkt. 1, 5.

2.      He was released on bond under conditions set by U.S. Magistrate Jude G. Michel Harvey on November 8, 2022.   Dkt. 13.

3.      On May 17, 2024, an eight count Indictment was returned against Weston. He was arraigned on May 22, 2023, by videoconference and entered a plea of not guilty.   Dkt. 40.

4.      On July 31, 2023, Weston pled guilty to Counts 1 and 2 of the Indictment pursuant to a written plea agreement.   43-45.   An Order allowing him to deposit funds was also entered on that date.   Dkt. 46.   At a later time, Weston, through counsel, deposited $2,000 towards restitution into the registry of the Court.

5.      On May 23, 2024, Weston was sentenced by the Court as follows:

> **Docket Text:**
> Minute Entry for proceedings held before Judge Reggie B. Walton: Sentencing held on 5/23/2024 as to TUCKER WESTON on Counts 1 and 2. Defendant sentenced to Twenty-Four (24) Months of Incarceration on each count followed by Three (3) Years of Supervised Release on each count. Both counts to run concurrently to each other. Special Assessment in the amount of $100 imposed for each count for a total of $200. Restitution in the amount of $2,000 imposed. Government's oral motion to dismiss all remaining counts; heard and granted. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Chandra Kean; Defense Attorneys: Philip H. Hilder and Quentin Tate Williams; US Attorney: Kyle Moran McWaters; Probation Officer: Aidee Gavito. (zalh)

Docket entry entered on May 24, 2024.   No judgment has yet been entered.

## II.     Request for Release and Voluntary Surrender

6.     According to numerous "Status Reports" filed with this Court by Pretrial Services, from shortly after his pretrial release until a few days before sentencing, Defendant complied with his conditions of release. Dkt. 23, 34, 37, 42, 60.

7.     Based upon both the Plea Agreement and the PSIR, Weston was aware the Sentencing Guidelines advised a custodial sentence of 24-30 and also that the Government requested a mid-guidelines sentences, and yet did not violate his conditions of release. Dkt. 51-54, 58. Indeed, at Sentencing, Weston, through counsel, requested a below guidelines sentence of incarceration.

8.     The foregoing demonstrates by clear and convincing evidence that Weston is not likely to flee or pose a danger to the safety of any other person or the community if released and allowed to Voluntary Surrender.

9.     Although the Government opposes this motion, prior to sentencing, the Government was not opposed to voluntary surrender and did not request Weston be detained.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, TUCKER WESTON, prays that this Court grant this motion and Order that he be released and allowed to voluntarily surrender to

2

the unit designated by the Federal Bureau of Prisons

.

        Respectfully submitted,

        */s/ Q. Tate Williams*
        Quentin Tate Williams
        Texas Bar No. 24013760
        Philip H. Hilder
        Texas Bar No. 09620050
        819 Lovett Blvd.
        Houston, Texas 77006-3905
        Telephone (713) 655-9111
        Facsimile (713) 655-9112
        tate@hilderlaw.com
        philip@hilderlaw.com
        *Admitted Pro Hac Vice*

## CERTIFICATE OF CONFERENCE

I hereby certify that contacted the Assistant U.S. Attorney by telephone on or about June 4, 2024, regarding the substance of this motion and he indicated he is opposed

        */s/ Philip H.Hilder*
        Philip H. Hilder

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was served upon all persons entitled to service via PACER contemporaneous with filing.

        */s/ Q. Tate Williams*
        Q. Tate Williams

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | No.   1:23-cr-00174-RBW |
| | § | |
| **TUCKER WESTON** | § | |

## **ORDER**

On this day came to be heard *Defendant's Opposed Motion for Release and Voluntary Surrender* and after having considered same, the motion is   GRANTED   / DENIED

And, if Granted, the Defendant is ordered to be released upon the previously imposed conditions of release including the bond.

      IT IS SO ORDERED.

_____
THE HON. REGGIE B. WALTON
SENIOR UNITED STATES DISTRICT JUDGE