UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>TUCKER WESTON,    )<br>)<br>Defendant.    )<br>) | Criminal Action No. 23-174 (RBW) |

## ORDER

Upon consideration of the Defendant's Opposed Motion for Release and Voluntary Surrender, ECF No. 65, it is hereby

**ORDERED** that the Defendant's Opposed Motion for Release and Voluntary Surrender, ECF No. 65, is **DENIED**, based on the defendant's actions that were the basis for his guilty plea.

**SO ORDERED** this 17th day of June, 2024.

REGGIE B. WALTON
United States District Judge